UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

DEBRA ROGGOW

CASE NO. 2:11-cr-114-FtM-29SPC

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EVIDENCE UNDER FED. R. EVID. 404(b)**

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, notifies this Honorable Court and all counsel that it intends to introduce evidence, pursuant to Fed. R. Evid. 404(b), of other crimes, wrongs or acts the defendant committed before, during, and after the dates of the criminal activity alleged in the Indictment.

The Fed. R. Evid. 404(b) evidence the United States intends to introduce includes the testimony of these witnesses that the Defendant dispensed Schedule II, III, and IV Controlled Substances, outside the scope of professional practice. The Defendant dispensed and over-prescribed these serious pain medications exactly as she is accused of doing to the named victims in the Indictment.

Those witnesses would be:

      a.    Katherine Johnson

      b.    Jorge Corrochano

      c.    Mary "Peggy" Cunningham

   d. David Forbes

   e. Howard Rosenstein

   f. Susan Samuels

These witnesses would testify, as specified in Rule 404(b), as to proof of motive, intent, preparation, plan, knowledge, or the absence of mistake or accident. This notice is provided six weeks before the trial date, and the Defendant currently possesses the information, nature of, and basis for the listed witness testimony.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney


    By: *Douglas Molloy*
      DOUGLAS MOLLOY
      Assistant United States Attorney
      Bar No. 0316717
      2110 First Street, Suite 3-137
      Fort Myers, Florida  33901
      Telephone:  (239) 461-2200
      Facsimile:   (239) 461-2219
      E-mail:  douglas.molloy@usdoj.gov


    By: Tama Koss Caldarone
      TAMA KOSS CALDARONE
      Assistant United States Attorney
      Bar No. 0652660
      2110 First Street, Suite 3-137
      Fort Myers, Florida  33901
      Telephone:  (239) 461-2200
      Facsimile:   (239) 461-2219
      E-mail:tama.koss.caldarone@usdoj.gov

U.S. v. DEBRA ROGGOW                    Case No. 2:11-cr-114-FtM-29SPC

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lee Hollander
leehollander@hollanderandhanuka.com

Amira D. Fox
amira@foxramunni.com

                                  *s/ Douglas Molloy*
                                  DOUGLAS MOLLOY
                                  Assistant United States Attorney
                                  Bar No. 0316717
                                  2110 First Street, Suite 3-137
                                  Fort Myers, Florida  33901
                                  Telephone:   (239) 461-2200
                                  Facsimile:    (239) 461-2219
                                  E-mail:  douglas.molloy@usdoj.gov

                                  *s/ Tama Koss Caldarone*
                                  TAMA KOSS CALDARONE
                                  Assistant United States Attorney
                                  Bar No. 0652660
                                  2110 First Street, Suite 3-137
                                  Fort Myers, Florida  33901
                                  Telephone:   (239) 461-2200
                                  Facsimile:    (239) 461-2219
                                  E-mail:Tama.Koss.Caldarone@usdoj.gov