UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

**VERDICT**

1. **Count One of the Indictment**

   As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Hydromorphone and a Schedule IV Controlled Substance, to wit: Clonazepam, to P.S. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

   We, the Jury, find the defendant, **DEBRA ROGGOW**:

   Guilty _____          Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Oxycodone and Percocet, and a Schedule IV Controlled Substance, to wit: Diazepam, to J.G. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

    We, the Jury, find the defendant, **DEBRA ROGGOW**:

    Guilty _____        Not Guilty _____

3. **Count Three of the Indictment**

    As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Oxycodone, and a Schedule III Controlled Substance, to wit: Hydrocodone, and a Schedule IV Controlled Substance, to wit: Clonezepam to S.H. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

        We, the Jury, find the defendant, **DEBRA ROGGOW**:

        Guilty _____        Not Guilty _____

4. **Count Four of the Indictment**

    As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Oxycodone, and a Schedule III Controlled Substance, to wit: Hydrocodone, to C.F. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

        We, the Jury, find the defendant, **DEBRA ROGGOW**:

        Guilty _____        Not Guilty _____

5. **Count Five of the Indictment**

   As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Hydromorphone and Morphine, to L.C. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

   We, the Jury, find the defendant, **DEBRA ROGGOW**:

   Guilty _____          Not Guilty _____

6. **Count Six of the Indictment**

   As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Oxycodone, to R.G. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

   We, the Jury, find the defendant, **DEBRA ROGGOW**:

   Guilty _____          Not Guilty _____

7. **Count Seven of the Indictment**

   As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Oxycodone to M.G. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

We, the Jury, find the defendant, **DEBRA ROGGOW**:

Guilty _____          Not Guilty _____

8. **Count Eight of the Indictment**

As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Oxycodone and Fentanyl, to E.I. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

We, the Jury, find the defendant, **DEBRA ROGGOW**:

Guilty _____          Not Guilty _____

9. **Count Nine of the Indictment**

As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Oxycodone, Fentanyl and Hydromorphone, to A.A. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

We, the Jury, find the defendant, **DEBRA ROGGOW**:

Guilty _____          Not Guilty _____

10. **Count Ten of the Indictment**

As to the offense of Knowingly and Willfully Acting Outside the Scope of Professional Practice by Dispensing Quantities of a Schedule II Controlled Substance, to wit: Morphine, and a Schedule IV Controlled Substance, to wit: Clonazepam, to T.B. in violation of Title 21, U.S.C. §§ 841(a)(1), and 841(b)(1)(C),

We, the Jury, find the defendant, **DEBRA ROGGOW**:

Guilty _____            Not Guilty _____

SO SAY WE ALL, this _____ day of June, 2012.

_____
FOREPERSON