# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

_____

# ORDER

This matter comes before the Court on the Written Designation and Consent to Act by Member of the Middle District of Florida for Jennifer Bolen, Esquire's Application to Appear Pro Hac Vice[1] (Doc. #43) filed on June 6, 2012. Counsel moves the Court for permission to appear pro hac vice as Co-Counsel with Counsel of record Lee Hollender, Esq. Although not specifically stated in the motion, Attorney Bolen has fulfilled the requirements of M.D. Fla. Local Rule 2.02(a). The Court, having considered Counsel's request, finds good cause and will grant permission to appear as co-Counsel on behalf of the Defendant as outlined below.

Accordingly, it is now

(1) The Written Designation and Consent to Act by Member of the Middle District of Florida for Jennifer Bolen, Esquire's Application to Appear Pro Hac Vice (Doc. #43) is **GRANTED**. Jennifer Bolen shall be allowed to appear *pro hac vice* as co-counsel on behalf of the Defendant.

(2) Lee Hollendar, Esq., of the law offices of Hollander and Hanuka, 2681 Airport Road, S., Suite C-101, Naples, Florida 34112, shall be designated local Counsel of record.

---

[1] The Court will construe the written designation as a Motion to Appear *Pro Hac Vice* for purposes of review and action.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4) Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of June, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Counsel of record