UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO.: 2:11-Cr-114-FtM-29SPC

DEBRA ROGGOW

**DEFENDANT'S MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE**

COMES NOW, the Defendant, DEBRA ROGGOW, and respectfully requests this Honorable Court, pursuant to F.R.E. 201(d), to take judicial notice of the following federal regulations and Florida Administrative Codes section, and as grounds therefore would state as follows:

1. Defendant is presently charged by indictment with ten counts of dispensing Schedule II and IV controlled substances outside the scope of professional practice, and is set for jury trial beginning June 12, 2012.

2. The defendant's theory of defense is that she acted in good faith, in the course of professional practice, and for a legitimate medical purpose in dispensing controlled substances, and she anticipates using the following provisions in arguing her case, copies of which are attached:

   a) 21 CFR §1306.04

   b) F.A.C. 64B14-14.005 eff. 3/9/00; as amended 11/14/06; as amended 11/10/11.

3. 21 CFR §1306.04 is relevant because it sets forth the federal standard for the issuance of prescriptions.

4. F.A.C. 64B14-14.005 is relevant because it states the Standards for the Use of Controlled Substances for Treatment of Pain for osteopathic physicians, and the three versions

are necessary to show amendments made to the Code provision.

## MEMORANDUM OF LAW

F.R.E. 201(b)(2) allows a court to judicially notice adjudicative facts that "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Federal courts can take judicial notice of CFRs under 44 U.S. Code §1507. The Court can take judicial notice of Florida Administrative Code provisions. *"*[A] Court may take judicial notice of the rules, regulations and orders of administrative agencies issued pursuant to their delegated authority. *Carter v. American Telephone & Telegraph Co.*, 365 F.2d 486 (C.A. 5, 1966); *Interstate Natural Gas Co. v. Southern California Gas Co.*, 209 F.2d 380 (C.A. 9, 1953). *United States v. Rice*, 176 F.2d 373 (C.A. 3, 1949); *Lilly v. Grand Trunk Western Railroad Co.*,317 U.S. 481, 63 S.Ct. 347, 87 L.Ed. 411 (1943)." *Int'l Broth. of Teamsters, Chauffeurs, Warehousemen & Helpers of Am. v. Zantop Air Transp. Corp*., 394 F.2d 36, 40 (6th Cir. 1968)

WHEREFORE, Defendant respectfully requests the Court grant this motion, and take judicial notice of the cited  provisions.

Respectfully submitted,

_____
LEE HOLLANDER, ESQUIRE
Law Office of Hollander and Hanuka
2681 Airport Road, S., Suite C-101
Naples, Florida 34112
(239)530-1800
Florida Bar No. 288705

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by ( ) regular U.S. Mail, ( ) hand-delivery, (X) CM/ECF, and/or ( ) fax to counsel of record,

this 9th  day of June, 2012.

_____
LEE HOLLANDER, ESQUIRE