UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**UNITED STATES OF AMERICA,**
        **Plaintiff**

vs.                                              **CASE NO.: 2:11-Cr-114-FtM-29SPC**

**DEBRA ROGGOW,**
        **Defendant**

_____

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

COMES NOW, the Defendant, DEBRA ROGGOW, through her undersigned counsel, and hereby requests the Court to propound questions concerning the following topics to the jury panel during jury selection.

Respectfully submitted,

_____
LEE HOLLANDER, ESQUIRE
Law Offices of Hollander and Hanuka
2681 Airport Road, S., Suite C-101
Naples, FL 34112
(239)530-1800
Fla. Bar No. 288705

### CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of all Defendant's Proposed Voir Dire Questions have been furnished by ( ) U.S. Mail, ( ) hand-delivery, (X) CM/ECF, and/or ( ) fax to all counsel of record on this 11th day of June, 2012.

_____
LEE HOLLANDER, ESQUIRE

# **DEFENDANT'S REQUESTED VOIR DIRE #1**

Is there anything about the nature or type of charges that would in any way affect your ability to be a fair and impartial juror?

Is there anything about the fact that during the time periods of the various charges, Debra Roggow was a practicing physician, that would in any way affect your ability to a fair and impartial juror in this case?

Many of Dr. Roggow's patients suffered from chronic pain and were treated through pain medication. Have you or your friends ever been treated for chronic pain through prescribed medication?

Have you or any of your friends or family ever been treated for chronic pain through surgery or some other method than oral medications?

For those of you treated for chronic pain:

what clinic and doctor treated you?

How long were you treated?

What type(s) of medications were prescribed, how much and how often?

Receive a physical exam? How frequently?

Did you provide medical records or have your previous doctor forward your records?

How often would you see the doctor?

Did the doctor ever require a drug screen or require you to bring your pills in for a count?

Do you have any complaints about how you were treated by the clinic or doctor or the staff?

## DEFENDANT'S REQUESTED VOIR DIRE #2

Would anyone hold it against the Defendant if she did not testify?

Under our system of justice, the entire burden of proof in a criminal case is on the Government to prove its case beyond a reasonable doubt, and a defendant can decide not to testify, and that decision cannot be considered against her in deciding whether the Government has met its burden of proof.

Knowing that, is there anyone who feels that they would hold it against Dr. Roggow if she did not testify?

## DEFENDANT'S REQUESTED VOIR DIRE #3

### PRESUMPTION OF INNOCENCE

How many of you have thought to yourselves that Dr. Roggow must have done something or else she would not be sitting there?

Does anyone here believe that if the Government brings a case, it is more likely than not that the Defendant is guilty of something?

How many of you have heard of the "Presumption of Innocence?"

Can each of you honestly tell this court that you can presume Dr. Roggow to be not guilty of the crimes charged?

Can each of you maintain that presumption until you have heard all the evidence and testimony, been instructed on the law by the court, and deliberated with the other jurors?

## DEFENDANT'S REQUESTED VOIR DIRE #4

Has anyone read or heard anything about this case from the media or friends?

...

### DEFENDANT'S REQUESTED VOIR DIRE #5

Do you, or anyone among your family or friends have medical training or a medical background?

Does anyone work with medical professionals including doctors and pharmacists, or medical insurance programs?

Has anyone ever been employed in or involved with the pharmaceutical industry?

If you have ever been involved in either the pharmaceutical industry or medical profession, were you authorized to prescribe or administer medications?

### DEFENDANT'S REQUESTED VOIR DIRE #7

Have you or anyone in your family, or anyone you know, ever obtained or used prescription pain medicine?

If so, what medicines, and for what conditions?

Have you, a family member, or a close friend ever had a substance abuse problem, or been treated for abusing controlled substances?

Have you had a family member or close friend die from a drug overdose?

### DEFENDANT'S PROPOSED VOIR DIRE #8

Have you or anyone in your family ever had a bad or difficult experience with someone in the medical profession?

### DEFENDANT'S PROPOSED VOIR DIRE #9

The trial of this case will involve the testimony of individuals who were either themselves or who had family members using prescribed medications. Would this fact affect your ability to be a fair and impartial juror?

**DEFENDANT'S PROPOSED VOIR DIRE #10**

Has anyone here ever been the victim of a crime?

Has anyone's family or friends ever been the victim of a crime?

If yes, What type of crime?

    Was anyone caught?

    Were they prosecuted?

    Were you satisfied with the outcome of the case?

**DEFENDANT'S PROPOSED VOIR DIRE #11**

**BURDEN OF PROOF**

Some of you may have served as a juror in a civil case, such as where someone sues another for money. In a civil case, the legal burden of proof is simply a preponderance of the evidence or proof by the greater weight of the evidence. In a criminal case, the entier burden of proof is on the Government, and the Government must prove each and every element of each charge beyond a reasonable doubt. The Court will instruct you that proof beyond a reasonable doubt is proof of such a convincing character that you would be willing to rely upon it without hesitation in the most important of your own affairs. If the Government does not meet this burden of proof, you **must** find Dr. Roggow not guilty.

Does any one disagree with what has just been said, or feel it should be different?

Does anyone think they may not be able to follow that instruction from the Court?

**DEFENDANT'S PROPOSED VOIR DIRE #12**

Have you, a family member, or close personal friend, ever been misdiagnosed, mistreated, or injured by a doctor or attending staff?

Does anyone have a pending medical malpractice lawsuit or has anyone been involved with one in the past?

### DEFENDANT'S PROPOSED VOIR DIRE #13

Does everyone have health insurance?

If yes, Does it cover chronic pain treatment?

How many of you do not have health insurance, and have to pay for medical needs with cash?

Did the insurance ever refuse to allow the pharmacy to fill a prescription, and required a substitute medicine?

Has anyone's insurance company ever refused to cover a procedure?

Has anyone's insurance company ever refused to reimburse for a procedure or medication?

### DEFENDANT'S PROPOSED VOIR DIRE #14

Is anyone here in or been involved with law enforcement, have family or friends in law enforcement?

Do you ever discuss their jobs with them or interesting cases?

If you were on this jury, and went back to deliberate, and you did not believe taht the Government had met its burden of proof, would you think at all about having to explain your verdict to your law enforcement family/friends/etc.?

Would anyone here believe a law enforcement officer merely because the person was an officer, or would you evaluate their testimony in light of all the evidence?