UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-   Case No.: 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

_____

ORDER

This matter comes before the Court on Defendant's Motion For The Court To Take Judicial Notice (Doc. #55) filed on June 9, 2012 and Defendant's Motion For The Court To Take Judicial Notice (Doc. #56) filed on June 9, 2012.

Accordingly, it is now

**ORDERED:**

1. Defendant's Motion For The Court To Take Judicial Notice (Doc. #55) is **DENIED** as moot.

2. Defendant's Motion For The Court To Take Judicial Notice (Doc. #56) is **GRANTED**, for the reasons stated on the record on June 12, 2012.

**DONE AND ORDERED** at Fort Myers, Florida, this 13th day of June, 2012.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record