**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Ft Myers Division**

UNITED STATES OF AMERICA

v.                                     Case No. 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

# COURT'S EXHIBIT LIST

❑ Government      ❑ Plaintiff      ❑ Defendant      **x Court**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | 6/18/12 | _____ | Stipulation Of The Parties |
| 2 | | 6/20/12 | _____ | Stipulation Of The Parties |
| 3 | | 6/20/12 | _____ | Stipulation |
| 4 | | 6/25/12 | _____ | Jury Note |
| | | | | |
| | | | | |
| | | | | |