UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

### STIPULATION OF THE PARTIES

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, and the defendant, by his undersigned counsel, hereby enter into the following stipulation of fact.

The Government and the Defense agree that the charts presented ~~during the testimony of the witnesses~~ represent the prescriptions written by the Defendant, Dr. Debra Roggow, to the patients listed in the Indictment in this case:



Patricia Scott        (PS)

Jeff Giompalo      (JG)

Susan Helton       (SH)

Charles Farabee   (CF)

Lori Corrochano   (LC)

Robert Goldstein   (RG)

Michelle Goldstein (MG)

Elizabeth Izzo       (EI)

Amy Amsberry       (AA)

Tony Brooks        (TB)

The Government and the Defense agree that the drugs prescribed by the Defendant, Dr. Debra Roggow, the amount of those drugs, and the date the Defendant wrote the prescription, as shown in these charts, are true and accurate, and is to be accepted by the jury as fact.

So stipulated this 15th day of June, 2012.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

_____
LEE HOLLANDER
2325 Stanford Court
Naples, FL 34112
Telephone: (239) 530-1800
Facsimile: (239) 530-2472
E-mail: leehollander@
hollanderandhanuka.com

_____
DOUGLAS MOLLOY
Assistant United States Attorney
Bar No. 3016717
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile:  (239) 461-2219
E-mail: douglas.molloy@usdoj.gov

_____
AMIRA D. FOX
2211 Widman Way, Suite 250
Fort Myers, FL 33901
Telephone: (239) 791-3900
Facsimile: (239) 791-3901
E-mail: amira@foxramunni.com

_____
DEBRA ROGGOW
Defendant

N:\_Criminal Cases\R\Roggow, Debra_2011R00478_DLM\p_Stipulation.wpd   2